JOHN F. TOBIN, Plaintiff, v COUNTY OF ULSTER et al., Respondents. H. WILLIAM VAN ALLEN, Intervenor-Appellant.

Submitted December 8, 2003; decided January 12, 2004

On the Court's own motion, appeal transferred, without costs, to the Appellate Division, Third Department, upon the ground that a direct appeal does not lie when questions other than the constitutional validity of a statutory provision are involved (NY Const, art VI, § 3 [b] [2]; § 5 [b]; CPLR 5601 [b] [2]). Motion for relief ancillary to the appeal dismissed as academic.